Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____ _09-19315_

In re___*Johnnie Franklin*____,
        Debtor

Case No. _09-19315_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    X   $ _68.50_    Check one ☒X   With the filing of the petition, or
                                ☐   On or before X _5-28-09_

    X   $ _68.50_    on or before X _6-28-09_

    ✓   $ _68.50_    on or before X _7-28-09_

    X   $ _68.50_    on or before X _8-28-09_

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____       _____
Signature of Attorney            Date

X _____        _____
Signature of Debtor               Date
(In a joint case, both spouses must sign.)

_____       _____
Name of Attorney

_____        _____
Signature of Joint Debtor (if any)   Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 28 2009

KENNETH S. GARDNER, CLERK
PS REP. - AI

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____ Illinois ____

In re ⊦ __Jobwwie Fraw Klrw__,                         Case No. _09- /9315_
                 Debtor

                                                       Chapter __/3__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐   With the filing of the petition, or
                              ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                       BY THE COURT

         MAY 2 5 2009
Date: _____                    KENNETH S. GARDNER
                                              Clerk, U.S. Bankruptcy Court
                                       _____
                                       Kenneth S. Gardner Clerk of the Court